## AMELIA CONSTANTINOPLE, EXECUTRIX (ESTATE OF JOSEPH CONSTANTINOPLE), ET AL. *v.* ST. JOHN VIANNEY CHURCH
### (12954)

O'CONNELL, FOTI and LAVERY, Js.

Submitted on briefs September 16—decision released October 4, 1994

*Roger B. Calistro* and *Cynthia C. Bott* filed a brief for the appellant (named plaintiff).

*Mark R. Cramer* filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.